IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 07-cv-01969-WDM-MJW

SHARON HENKEL and
INGENUITY III, LLC, a Colorado limited liability company,

    Plaintiffs,

v.

HARRY MARSHAK LLC, a California limited liability company, d/b/a I.D. JEWELRY &
CO.,
IGAL DAHAN, and
DISCOVERY FINANCIAL SERVICES, INC., a Delaware corporation,

    Defendants.

## ORDER REGARDING VOLUNTARY DISMISSAL

Miller, J.

    This matter is before me on a motion to dismiss (doc no 6) filed by Defendants and a notice of voluntary dismissal of a single claim for relief filed by Plaintiffs (doc no 14). Plaintiffs apparently concede that their thirteenth claim for relief should be dismissed. I will construe the notice as a motion to amend pursuant to Fed. R. Civ. P. 15(a) and will grant it. *Ethridge v. Harbor House Rest.*, 861 F.3d 1389, 1392 (9th Cir. 1988) ("[Rule] 15(a) is the appropriate mechanism '[w]here a plaintiff desires to eliminate an issue, or one or more but less than all of several claims, but without dismissing as to any of the defendants.'") (quoting 5 J. Moore, J. Lucas & J. Wicker,

*Moore's Federal Practice* ¶ 41.06-1, at 41-83 to -84 (1987)).

Accordingly, it is ordered:

1. Defendants' motion to dismiss (doc no 6) is denied as moot.

2. Plaintiffs will be allowed to file, no later than December 11, 2007, an amended complaint removing the thirteenth claim for relief.

DATED at Denver, Colorado, on November 27, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge