IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 07-cv-01969-WDM-MJW

SHARON HENKEL and
INGENUITY III, LLC, a Colorado limited liability company,

    Plaintiffs,

v.

HARRY MARSHAK LLC, a California limited liability company, d/b/a I.D. JEWELRY & CO.,
IGAL DAHAN, and
DISCOVERY FINANCIAL SERVICES, INC., a Delaware corporation,

    Defendants.

## NOTICE OF STIPULATED DISMISSAL

Miller, J.

This matter is before me on the stipulation for dismissal of all claims against Defendant Discover Financial Services, Inc. ("Discover"), with prejudice, filed by Plaintiffs and Discover (doc no 17) and the notice of dismissal (doc no 20), filed by Plaintiffs.

I construe the stipulation as a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(ii), and accordingly take judicial notice that the complaint is dismissed with prejudice as to Discover, each party her or his own attorneys' fees and costs.

Plaintiffs also apparently seek to dismiss this case in its entirety without prejudice against the remaining defendants pursuant to Fed. R. Civ. P. 41(a)(1)(i). As the remaining defendants have not filed an answer or motion for summary judgment,

the notice of dismissal is proper. Therefore, I take judicial notice that the case is dismissed against Defendants Harry Marshak LLC and Igal Dahan without prejudice.

DATED at Denver, Colorado, on December 5, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge